UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

BRAYAN GOMEZ GRAJALES,

Defendant.

------------------------------------x

SCHEDULING ORDER

25 Mag. 2135
25 Cr. (GBD)

GEORGE B. DANIELS, United States District Judge:

A plea hearing for this case is hereby scheduled for August 13, 2025 at 10:00 a.m.

Dated: August 5, 2025
New York, New York

SO ORDERED.

*[signature: George B Daniels]*

GEORGE B. DANIELS
United States District Judge